IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHNNIE JAMES WILSON JR.,

        Plaintiff,

v.                                                    No. 1:21-cv-00941-KK

INTERCONTINENTAL HOTELS GROUP,
d.b.a. Holiday Inn Express,

        Defendant.

**ORDER REGARDING OBJECTION**

**THIS MATTER** comes before the Court on *pro se* Plaintiff's Objection to Order by Magistrate [Judge] Kirtan Khalsa Transferring Venue to Central District of California, Doc. 15, filed March 24, 2022.

On September 27, 2021, the Court transferred this case to the Central District of California. *See* Order, Doc. 5. Plaintiff now "demands venue be remanded back to" the District of New Mexico. Objection at 2. This Court does not have jurisdiction to transfer Plaintiff's case from the Central District of California to the District of New Mexico. *See Chrysler Credit Corp. v. County Chrysler, Inc.*, 928 F.2d 1509, 1516-17 (10th Cir. 1991) ("[o]nce the files in a case are [docketed in] the court in the transferee district, the transferor court loses all jurisdiction over the case, including the power to review the transfer"). The Court again notifies Plaintiff that any documents relevant to this case must be filed in the Central District of California.

**IT IS ORDERED** that Plaintiff's request to transfer his case from the Central District of California to the District of New Mexico is **DENIED.**

                                                            _/s/ Kirtan Khalsa_
                                                            **KIRTAN KHALSA**
                                                            **UNITED STATES MAGISTRATE JUDGE**